Form CGFI25  (09/07/23)

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

**Case Number:** 24–15252–CLC

**Adversary Number:** 24–01391–CLC

In re:

**Name of Debtor(s):**  Charles Wallace Buttner, II and Nayda Rae Buttner

─────────────────────────────────────── /

**Glenda Rivas, Kristina Rivas and Anthony Wilson**

Plaintiff(s)

**VS.**

**Charles Buttner and Nayda Buttner**

Defendant(s)

───────────────────────────────────────/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies must submit a motion or answer to the complaint within 35 days.

**US Bankruptcy Court**
**301 North Miami Avenue, Room 150**
**Miami, FL 33128**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003–1(B)(2) corporate defendants must file a corporate ownership statement.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: <u>Mike Olivier</u>
Deputy Clerk

**Dated:**  <u>September 18, 2024</u>

*Page 1 of 2*

## DCERTIFICATE OF SERVICE

I, _David R. Softness, Esq. certify that service of the summons (above), a copy of the complaint and a copy of the Court's Order Setting Scheduling Conference (etc) dated September 18, 2024, was made on September 23, 2024 Regular USPS First Class Mail and by Certified Mail (receipts attached):  Addressed To:

> Charles and Nayda Buttner
> 490 James Avenue
> Masrathon, FL  33050

\_\_\_\_  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_  Residence Service: By leaving the process with the following adult at:

\_\_\_\_  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_\_\_  Publication: The defendant was served as follows: [Describe briefly]

\_\_\_\_  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   October 1, 2024                    Signature:     /s/  David Sftness

| Print Name: | David Softness |
|---|---|
| Address: | 201 South Biscayne Blvd, Suite 2740 |
| City: Miami | State: FL    Zip: 33131 |

*Page 2 of 2*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nayda Buttno
   490 James Ave.
   Maitson, FL
   33050

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 7973 2305 6033 17

2. Article Number (Transfer from service label)

   7022 3330 0001 6368 8268

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery ($500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Charles Buttner
   490 James Ave.
   Maitson, FL 33050

   ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
   9590 9402 7973 2305 6033 24

2. Article Number (Transfer from service label)

   7022 3330 0001 6368 8275

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

